**Order entered September 18, 2017**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-16-00560-CR
No. 05-16-00561-CR
No. 05-16-00562-CR
No. 05-16-00563-CR

**MERCEDES M. BIGGURS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-57650-U, F14-70586-U, F14-70971-U, F14-75674-U**

## ORDER

The clerk's records filed in these appeals contain only certifications of the right to appeal arising from appellant's placement on deferred adjudication in 2009 and 2014.

Accordingly, the Court **ORDERS** the trial court to file, within **TEN DAYS** of the date of this order, supplemental clerk's records containing certifications of appellant's right to appeal from the judgments adjudicating guilt in these proceedings. *See* TEX. R. APP. P. 25.2(d).

/s/　　ADA BROWN
　　　　JUSTICE